## McWhinney Estate.

Argued March 17, 1966. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert W. McWhinney,* for appellant.

*John G. Buchanan, Jr.* and *William Y. Rodewald,* with them *Buchanan, Ingersoll, Rodewald, Kyle & Buerger,* for appellees.

*William F. Donatelli,* for appellee.

OPINION PER CURIAM, March 22, 1966:

Decrees affirmed at cost of appellant.